# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# BIG STONE GAP DIVISION

| | | |
|---|---|---|
| **BONNIE WINEBARGER,** | ) | |
| Plaintiff, | ) | Case No. 2:10CV00006 |
| v. | ) | **FINAL JUDGMENT** |
| **MICHAEL J. ASTRUE,** | ) | By: James P. Jones |
| **COMMISSIONER OF** | ) | United States District Judge |
| **SOCIAL SECURITY,** | ) | |
| Defendant. | ) | |

For the reasons stated in the opinion accompanying this final judgment, it is

**ADJUDGED AND ORDERED** as follows:

1. The objections to the magistrate judge's report and recommendations are **overruled**;

2. The magistrate judge's report and recommendations are **accepted**;

3. The motion for summary judgment by the Commissioner of Social Security ("Commissioner") is **granted**;

4. The final decision of the Commissioner is **affirmed**; and

5. The clerk is directed to close the case.

ENTER: March 25, 2011

/s/ JAMES P. JONES
United States District Judge